Marc J. Randazza, Esq. CA Bar No. 269535
Randazza Legal Group
6525 Warm Springs Rd., Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
mjr@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>FEALICIA OLSEN and JOHN DOE,<br><br>Defendants | Case No. 2:12-cv-869-GEB-DAD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

As the matter has been resolved to the satisfaction of all parties (with Olsen demonstrating her innocence to the Plaintiff, identifying "John Doe" to the Plaintiff, who also demonstrated his innocence) Pursuant to Fed. R. Div. P. 41(a)(1)(A)(i), Plaintiff Liberty Media Holdings, LLC hereby dismisses, with prejudice, both Defendants, Fealicia Olsen and John Doe. Each party shall bear its own costs and fees.

Date: August 7, 2012      *s/Marc J. Randazza*
                          Marc J. Randazza, Esq. CA Bar No. 269535
                          Randazza Legal Group
                          6525 Warm Springs Rd., Suite 100
                          Las Vegas, NV 89118
                          888-667-1113
                          305-437-7662 (fax)
                          mjr@randazza.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court' CM/ECF System on August 7, 2012. As no other parties have made an appearance in this action, no other service is required.

Date: Augusr 7, 2012

 *s/Marc J. Randazza*
Marc J. Randazza, Esq. CA Bar No. 269535
Randazza Legal Group
6525 Warm Springs Rd., Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
mjr@randazza.com